[Nos. 38473–2–I; 38578–0–I.   Division One.   May 31, 1996.]

WILLIAM HOUCK, *Respondent*, v. FARMERS INSURANCE
GROUP, INC., ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for King
County, No. 95–2–02149–2, Jim Bates, J., entered April 12,
1996. *Affirmed in part* and *reversed in part* by unpublished
per curiam opinion.

[No. 31622–2–I.   Division One.   June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHE
ANDRE TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91–1–07416–6, Norma Smith Huggins, J.,
entered October 20, 1992. *Affirmed* by unpublished per
curiam opinion.

[No. 31661–3–I.   Division One.   June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RENO
TAMALINI TAMALINI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92–1–01649–1, Laura Inveen, J., entered
October 13, 1992. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 33092–6–I.   Division One.   June 3, 1996.]

JOHN McKAY, *Appellant*, v. ROBYN RICKS,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89–5–02810–8, Larry A. Jordan, J., entered
June 16, 1993. *Remanded* by unpublished per curiam
opinion.